WM 16-305 PO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARLEYDIS ORTIZ,

                Plaintiff,

    -against-

WAL-MART STORES EAST, LP,

                Defendant.
------------------------------------------------------------------X

Docket No.: 17CV00945

**NOTICE OF MOTION**

COUNSELLORS:

    PLEASE TAKE NOTICE, that upon the annexed Affidavit of PATRICIA A. O'CONNOR, the annexed Statement of Material Facts on Motion, the annexed Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Judge Nelson Stephen Román as soon as counsel can be heard for an Order of summary judgment dismissing plaintiff's complaint against defendant, WAL-MART STORES EAST, LP, and for such other and further relief as to this Court may be just, proper and equitable.

Dated: Northport, New York
         June 4, 2018

                                    Yours, etc.

                                    BRODY, O'CONNOR & O'CONNOR, ESQS.
                                    Attorneys for Defendant

                        By: _____
                              PATRICIA A. O'CONNOR (PO 5645)
                              7 Bayview Avenue
                              Northport, New York 11768
                              (631) 261-7778

TO: SOBO & SOBO, LLP
Attorneys for Plaintiff
One Dolson Avenue
Middletown, New York 10940
(845) 343-0466