UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARLEYDIS ORTIZ,
                       Plaintiff,

-against-                                      17 **CIVIL** 945 (NSR)

## JUDGMENT

WAL-MART STORES EAST, LP,
                       Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2019, Defendant's motion for summary judgment is GRANTED and judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
           March 14, 2019

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                           **BY:**

                                                       **Deputy Clerk**